# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**HELEN MOONEY**                                                                                   **PLAINTIFF**

**v.**                                       **2:06CV00135-WRW**

**SANYO MANUFACTURING CORP.**                                                   **DEFENDANT**

## ORDER

Pending is a Joint Motion to Dismiss with Prejudice (Doc. No. 17). The Motion is GRANTED, and the case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 16th day of July, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE